UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 2:21-CR-00266-01 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| RYAN SPENCER GEORGE (01) | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 27] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc.28] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Counts One and Three of the Indictment.

Sentencing is set for September 1, 2022, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 1st day of July, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE